# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

FILED
DISTRICT COURT
~~~~ ~~ DIV.

2006 MAR 10 A 11: 58

CLERK J. Taylor
~~~~ GA.

RONNIE WILLIAMS,

    Petitioner,

    v.

MARTIN ALLEN, Warden,

    Respondent.

4:16-CV-324

## ORDER

Petitioner Ronnie Williams seeks habeas relief for at least the eleventh time.[1] He does not have the necessary authorization from the Eleventh Circuit to do so. 28 U.S.C. § 2255(h). This Court therefore lacks jurisdiction to consider his claims, and so his petition is **DISMISSED**. Hill v. Hopper, 112 F.3d 1088, 1089 (11th Cir. 1997) (per curiam); Wilson v. Lanier, No. CV406-99, 2006 WL 2949356 (S.D. Ga. Oct. 16, 2006). To this extent, the Magistrate Judge's report and recommendation, dkt. no. 5 is **ADOPTED**.

But the Court **REJECTS** the recommendation that Williams be denied in forma pauperis status and sanctioned $500. Id. at 5. This Court previously told Williams:

---

[1] Nos. CV416-232 (S.D. Ga.); No. S15H0225 (Ga.); CV414-088 (S.D. Ga.); No. 2013-HC-27-JS (Tatnall Super. Ct.); CV412-019 (S.D. Ga.); CV408-105 (S.D. Ga.); CV405-167 (S.D. Ga.); CV403-069 (S.D. Ga.); CV402-044 (S.D. Ga.); CV495-176 (S.D. Ga.).

> *In forma paperis* [sic] (IFP) status will not . . .
> be prospectively barred for any future *pro se*
> pleadings that do not address his claims that he has
> fully served his twenty year sentence for the 1994
> burglary conviction, and he may still file any
> postconviction claim he wishes if he pays the filing
> fee . . . .

Report & Recommendation, No. CV416-232, Dkt. No. 6 at 5 n.3 (S.D. Ga. Oct. 19, 2016), adopted, Id. Dkt. No. 9 (S.D. Ga. Nov. 7, 2016). Williams's present petition takes issue with the timing and form of his current sentence. Dkt. No. 1 at 5, 7, 12. Those arguments are beyond the scope of the Court's previous warning, so Williams will not be sanctioned for this petition. No. CV416-232, Dkt. No. 6 at 5 n.3. However, Williams is now **WARNED** that any more habeas (or similar) petitions he files without Eleventh Circuit authorization, as required by 28 U.S.C. § 2255(h), are extremely likely to be considered vexatious and meet with sanctions.

Finally, the Court agrees with the Magistrate Judge that a Certificate of Appealability and *in forma pauperis* status on appeal are properly **DENIED**.[2] Dkt. No. 5 at 6.

**SO ORDERED**, this 10th day of March, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] The Court does not reach any other issues. See Dkt. No. 5 at 1 n.1, 4 n.2.

AO 72A
(Rev. 8/82)